**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02353-JLK

AURORA LOAN SERVICES LLC

     Plaintiff,

v.

BRIDGE CAPITAL CORPORATION

     Defendant.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**

---

     Upon consideration of the Notice Of Settlement And Joint Motion For Administrative Closure Of Case (doc. #12), filed on January 29, 2007 by the parties, it is

     **ORDERED** that the motion is **GRANTED**.  This case is **ADMINISTRATIVELY CLOSED** pending performance by Defendant under the parties' Settlement Agreement and Mutual Release.

     Upon completion of Defendant's performance under the Agreement, the parties shall file a Stipulation For Dismissal With Prejudice.  In the event Defendant breaches the Agreement, Plaintiff shall be entitled to file a motion reopening the case and seeking the entry of judgment against Defendant.

     Dated this 29th day of January, 2007.

                       BY THE COURT:

                       *s/John L. Kane*
                       U.S. District Court Judge